```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        |
KINGVISION PAY-PER-VIEW LTD., as        |
Broadcast Licensee of the November      |
13, 2004 Ruiz/Golota Program,           |
                                        |
              Plaintiff,                |
                                        |       06 Civ. 3616 (KMW)
      -against-                         |
                                        |           ORDER
RUDDY ARNOAT, individually and as       |
an officer, director and/or principal   |
of 284 NELLY RESTAURANT CORP. d/b/a     |
NELLY RESTAURANT, et al.,               |
                                        |
              Defendants.               |
                                        |
----------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/07

KIMBA M. WOOD, U.S.D.J.:

By Report and Recommendation dated February 28, 2007 (the "Report"), Magistrate Judge Gabriel W. Gorenstein recommended that Plaintiff be granted a default judgment of $7,775.00 against Defendants. The Report notified the parties of the time to object and cautioned them that failure to timely object would preclude appellate review. Because neither party has objected to the recommendation, the Court should review the Report for clear error. Fed. R. Civ. P. 72(b) advisory committee's note; see also Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).

The Court has reviewed the Report and finds it to be well-reasoned and free of any clear error. It therefore accepts and adopts the Report.

Default judgment in the amount of $7,775.00 is GRANTED.

1

Plaintiff shall serve a copy of this judgment on Defendants via regular mail by no later than seven days following receipt by Plaintiff's counsel. The Clerk of Court is directed to close this case. Any pending motions are moot.

SO ORDERED.

Dated: New York, New York
~~April~~ May 3 __, 2007

Kimba M. Wood
United States District Judge